# DOCUMENTS TO BE SEALED

## *PLAINTIFF*

## *-V-*

## *DEFENDANT*

**DOCKET NUMBER:** 19 CV 01336

**DATE FILED:** FEB 1 2 2019

**SIGNED BY:** JUDGE RAMOS

**DATE SIGNED:** FEB 1 2 2019

## TO BE FILED UNDER SEAL:

\_\_\_\_\_ ENTIRE ACTION

\_\_✓\_\_ (COMPLAINT) / PETITION ONLY

\_\_✓\_\_ (OTHER DOCUMENTS) / EXHIBITS