

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 2, 2019

**By ECF and Email**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/2/19

    Re:    *P.L. et al. v. U.S. Immigration and Customs Enforcement et al.*,
           19 Civ. 1336 (ALC)

Dear Judge Carter:

    This Office represents the Government in the above-referenced immigration action. As the Court is aware, the Government's oppositions to Plaintiffs' motions for preliminary injunction and class certification are both due on April 5, 2019. In the interest of efficiency, I write respectfully to request leave of the Court to file a single combined brief of up to 50 pages in length, in lieu of two separate memoranda which would contain overlapping background sections. Plaintiffs similarly request leave to file a combined reply brief of up to 20 pages. The parties consent to each other's respective requests on the condition that neither party will devote more than half of the page count remaining after the shared factual background section to either of the two motions.

    Thank you for your consideration.

The application is ✓ granted.
                      denied.

*/s/ Andrew L. Carter Jr.*

**Andrew L. Carter Jr, U.S.D.J.**
**Dated:** 4/2/19
        NY, New York

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/ Stephen Cha-Kim
       STEPHEN CHA-KIM
       Assistant United States Attorney
       (212) 637-2768
       stephen.cha-kim@usdoj.gov

Cc:    Counsel for Plaintiffs
        (By ECF)