| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br>  P.L., ET AL.,<br><br>                                **Plaintiffs**,<br>       -against-<br><br>  U.S. IMMIGRATION AND CUSTOMS<br>  ENFORCEMENT, ET AL.,<br><br>                            **Defendants.**<br>-------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: _11/9/2020_<br><br>19-cv-01336 (ALC)<br><br><u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

      By Order dated March 13, 2020, this Court denied in part Plaintiffs' motion to alter judgment under Rule 59(e) of the Federal Rules of Civil Procedure as to bond hearing claims and stayed Plaintiffs' motion as to Administrative Procedure Act claims pending the Supreme Court's decision in *Dep't of Homeland Sec. v. Regents of the Univ. of California*, 140 S. Ct. 1891, 1896, 207 L. Ed. 2d 353 (2020). This decision having been issued, the Parties are hereby ORDERED to submit letter briefs regarding its impact on this Court's decision on the motion to alter judgment as to APA claims. The Parties are ORDERED to comply with the following schedule:

- Plaintiff's Letter: November 23, 2020
- Defendants' Response: December 7, 2020

**SO ORDERED.**

**Dated:  November 9, 2020**
           **New York, New York**                                    _____
                                                               **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**